# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SHEILA MCMATH, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV00552 ERW |
| GORDON WOODFORD, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis on appeal. The Court has reviewed plaintiff's financial affidavit and found that she is unable to pay the full appellate filing fee. As such, her motion to proceed in forma pauperis on appeal will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 12] is **GRANTED**.

So Ordered this 11th day of May, 2015.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE